IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  14-315-06 |
| v. | |
| WARREN MOORE | |

**O R D E R**

**AND NOW**, this 10th day of December, 2020, upon consideration of *pro se* Defendant

Warren Moore's Motion for Reduction in Sentence (ECF 673), Supplemental Memorandum in

Support of Motion for Reduction in Sentence (ECF 672), and the Government's response thereto

and related exhibits (ECF 677, 678, & 682), **IT IS ORDERED** that the motion is **DENIED.**

**BY THE COURT:**

*/s/ Wendy Beetlestone*

_____

**WENDY BEETLESTONE, J.**